UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY MASCARENHAS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2388 |
| | § | |
| JEFFERSON SESSIONS, III, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER

Respondents' motion for enlargement of time to file an answer (Dkt 4) is GRANTED IN PART. It is therefore ORDERED that respondents shall file their response no later than noon on Wednesday, August 29, 2018. An oral hearing will be held on the petition on Thursday, August 30, 2018 at 1:00 p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

In the interim, the court ORDERS that respondents are precluded from taking adverse action against Mascarenhas, such as transferring him outside the jurisdiction of this judicial district.

Signed at Houston, Texas on August 16, 2018.

Gray H. Miller
United States District Judge